**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

COMMONWEALTH OF PENNSYLVANIA, : No. 426 MAL 2017

Respondent :

: Petition for Allowance of Appeal from
: the Order of the Superior Court

v. :

RONALD LEE BERTRAND, :

Petitioner :

## ORDER

**PER CURIAM**

    **AND NOW**, this 10th day of October, 2017, the Petition for Allowance of Appeal is **DENIED**.